UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Counter Brands, LLC

                Plaintiff(s),

       -against –

Vure, LLC

                Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:18-CV-08860 (CS)

Seibel, J.

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within ninety days of the date of this order, Plaintiff may apply by letter within the ninety-day day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: November 14, 2019

    White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.